UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,
450 Fifth Street, N.W.
Washington, D.C. 20549-0708,

      Plaintiff,

v.

SCHERING-PLOUGH CORPORATION,

      Defendants.

Case Number **04 0945**

**FILED**

JUN 16 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FINAL JUDGMENT AS TO SCHERING-PLOUGH CORPORATION

Plaintiff Securities and Exchange Commission ("Commission"), having commenced this action by filing its Complaint, and Defendant Schering-Plough Corporation ("Schering-Plough") having in the Consent of Defendant Schering-Plough Corporation ("Consent") entered a general appearance herein, admitted the jurisdiction of this Court over it and over the subject matter of this action, waived service of process, waived the filing of an Answer to the Complaint and the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, waived any right it might have to appeal from the entry of this Final Judgment, and, without admitting or denying any of the allegations of the Complaint, except as to jurisdiction, which it admits, and without trial, argument, or adjudication of any issue of fact or law, having consented to the entry of this Final Judgment, and it appearing that this Court has jurisdiction over Schering-Plough and the subject matter of this action, and the Court being fully advised in the premises:



I.

**IT IS ORDERED, ADJUDGED AND DECREED** that Schering-Plough pay a civil penalty in the amount of $500,000 pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)]. Payment shall be made within ten (10) days of entry of the Final Judgment, by U.S. Postal money order, certified check, bank cashier's check, or bank money order, made payable to the "Securities and Exchange Commission," and shall be hand-delivered or mailed to the Office of the Comptroller, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Stop 0-3, Alexandria, VA 22312. The payment shall be accompanied by a letter that identifies Schering-Plough as the defendant on whose behalf the payment is being made, the caption and case number of this action, the name of this Court, and the Commission's internal file number for this matter (HO-9760). A copy of the cover letter and of the form of payment shall be simultaneously transmitted to Scott W. Friestad, Assistant Director, Securities and Exchange Commission, Division of Enforcement, 450 Fifth Street, N.W., Washington, D.C. 20549-0708.

II.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Consent be, and hereby is, incorporated herein by reference with the same force and effect as if fully set forth herein and that Schering-Plough shall fully comply with all of the undertakings and agreements incorporated herein.

2

III.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Final Judgment.

IV.

There being no cause for delay, the clerk of the Court is directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Final Judgment forthwith.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2004